UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS. CASE NO: 6:26-cr-179-AGM-RMN

DAQUAN LAMONT SMITH

AUSA: Patrick Flanigan on behalf of Kaley Austin-Aronson

Defense Attorney: Andrew Reath, Federal Public Defender

| | | | |
|---|---|---|---|
| Judge:<br><br>Courtroom: | **ROBERT M. NORWAY**<br>United States Magistrate Judge<br><br>4C | Date and Time:<br><br>Total Time: | **August 7, 2026**<br>9:57 A.M.-10:10 A.M.<br><br>13 minutes |
| Deputy Clerk: | L. Jernigan | Reporter: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| Interpreter: | None | Pretrial/Prob: | No Appearance |

## CLERK'S MINUTES
### Initial Appearance and Arraignment

Case called, appearances made, procedural setting by the Court.
Court inquires of the defendant. No issue as to competency.
Court advises defendant of his rights.
Defense oral motion for appointment of counsel. Motion granted. Court appoints FPD. Order to be entered.
Government summarizes the counts in the Indictment and advises of the potential penalties.
Defendant waives formal reading of the Indictment and enters a plea of not guilty.

Court sets trial term of Oct 2026 before Judge Moe. Criminal Scheduling Order to be entered.
Court advises government of the requirements pursuant to the Due Process Protections Act.
Court adjourned.