# EXHIBIT B

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED//FOUO

# FEDERAL BUREAU OF INVESTIGATION

## Electronic Communication

**Title:** (U) Osceola County Sherriff's Office Communication

**Date:** 02/10/2026

**From:** TAMPA
ORA-DT
**Contact:** TAYLOR STEPHEN ANDREW

**Approved By:** A/SSA Ryan Villiard

**Drafted By:** TAYLOR STEPHEN ANDREW

**Case ID #:** TP-4171662 (U//FOUO) (U//FOUO) DAQUAN LAMONT SMITH - SUBJECT;
DISNEY CRUISE LINES- VICTIM
THREATENING COMMUNICATIONS & FALSE INFORMATION & HOAXES

**Synopsis:** (U) Documenting communication between writer and Detective Ryann Sanjurjo

**Enclosure(s):** Enclosed are the following items:
1. (U) Email Communication

**Details:**

On February 5, 2026, writer spoke with Detective Ryann Sanjurjo (Sanjurjo) of Osceola County Sheriff's Office (OCSO) via telephone number 407-747-0260. Detective Sanjurjo told writer that the OCSO was unable to prosecute the captioned investigation because it was outside their jurisdiction. Email communication between writer and Detective Sanjurjo is attached in the 1A packages.

♦♦