# EXHIBIT A

FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry 01/29/2026

Daquan Lamont Smith(SMITH), date of birth 10/25/2005, cellular phone number [redacted], was interviewed by FBI Special Agents Zachary Overby and Chris Bumgarner at Dunkin' 1519 W Madison Street, Chicago, Illinois 60607. Smith's mother, Kenyata Jones, was present for the interview. After being advised of the identities of the interviewing Agents and nature of the interview, SMITH provided the following information:

SMITH was not aware of any reason the FBI would wish to speak with him. He could not think of any activities online or over the phone that would cause concern.

[Agent Note: At this point in the interview, SMITH was read the transcript of a phone call. Upon review, SMITH provided the following information:]

SMITH remembered making a call to Disney Cruise Line. He used his cellular phone number [redacted] to make the bomb threat over the phone. The phone belonged to SMITH and nobody else was present when the phone call was made to Disney Cruise Line.

SMITH received a lot of spam phone calls and they caused him a lot of frustration. He missed a phone call from Disney Cruise Line and called the phone number back to make a comment about having a bomb on a boat. SMITH made the call out of frustration with spam phone calls but had no intention to cause harm to Disney Cruise Line or anyone else.

SMITH was in Chicago when he made the phone call and was not on a cruise ship. SMITH did not have access to any weapons and had no intention to harm anyone. He did not have any history or concerns with mental health.

[Agent Note: At this point in the interview, SMITH was admonished for his actions and made aware of the potential consequences of sending threatening communications and lying to federal agents. SMITH was made aware of the potential consequences of any additional threatening message sent in the future. SMITH stated he understood the situation and would not make any more threatening phone calls.]

Investigation on 01/27/2026 at Chicago, Illinois, United States (In Person)

File # TP-4171662 Date drafted 01/27/2026

by Zachary T, Overby, Chris Bumgarner

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.