FILED - USDC - FLMD - ORL
SEP 2 2026 PM4:32

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 6:26-cr-179-AGM-RMN
18 U.S.C. § 875(c)

DAQUAN LAMONT SMITH

**SUPERSEDING INDICTMENT**

The Grand Jury charges:

**COUNT ONE**
**(Interstate Transmission of Threat)**

On or about December 6, 2025, in the Middle District of Florida, and elsewhere, the defendant,

DAQUAN LAMONT SMITH,

did knowingly transmit in interstate commerce a communication containing a true threat to injure the person of another, that is, passengers on a cruise ship, including during a recorded call to the cruise, during which Smith stated: "I'm coming from, I'm coming. I'm on the cruise boat coming from Bahamas that left two days ago, and I'm letting you guys know now I have a bomb on the boat and I want to blow it up," with intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence.

In violation of 18 U.S.C. § 875(c).

**FORFEITURE**

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 875, the defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

[redacted]

Foreperson

GREGORY W. KEHOE
United States Attorney

By: ______________________
Kaley Austin-Aronson
Assistant United States Attorney

By: ______________________ FOR MPF
Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
September 26

No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

DAQUAN LAMONT SMITH

SUPERSEDING INDICTMENT

Violations: 18 U.S.C. § 875(c)

A true bill,

[redacted]

Foreperson

Filed in open court this 2nd day of September, 2026

Clerk

Bail $____________________

GPO 863 525