# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.** **CASE NO: 6:26-cr-179-AGM-CAB**

**DAQUAN LAMONT SMITH**

AUSA: Stephanie McNeff

Defense Attorney: Erin Hyde, Federal Public Defender

| | | | |
|---|---|---|---|
| JUDGE: | **DANIEL C. IRICK**<br>United States Magistrate Judge | DATE AND TIME: | **September 8, 2026**<br>11:50 A.M. – 11:56 P.M. |
| Courtroom: | 5C | TOTAL TIME: | 6 minutes |
| DEPUTY CLERK: | T. Palmer | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |

## CLERK'S MINUTES
## STATUS CONFERENCE

Case called. Appearances taken.

Unopposed Motion to Continue Trial and Pretrial Motions Deadline (doc. 29) granted. The deadline is extended to October 15, 2026.

After considering all the factors, including those set forth in 18 U.S.C. § 3161(h), and for the reasons stated on the record, the court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial. The court, therefore, determines that the time from today until and including December 31, 2026, shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

The court sets the case for trial on the December 2026 trial term commencing on December 1, 2026. A status conference is set for November 10, 2026, at 11:30am.

Court adjourned.