**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CLERK'S MINUTES**

| | | | | |
|---|---|---|---|---|
| **CASE NO.:** | 6:26-cr-179-AGM-CAB | | **DATE:** | September 9, 2026 |
| **HONORABLE NATHAN W. HILL** | | | **INTERPRETER:** | N/A |
| **UNITED STATES OF AMERICA**<br>**v.**<br>**DAQUAN LAMONT SMITH** | | | **LANGUAGE:** | N/A |
| | | | **ASSISTANT U.S. ATTORNEY:**<br>Kaley Austin-Aronson- Not Present | |
| | | | **DEFENSE COUNSEL:**<br>Erin Hyde-Not Present | |
| **COURT REPORTER:** **DIGITAL** | | | **DEPUTY CLERK:** | J. Reyes |
| **TIME** | 10:26-10:27 A.M. | **TOTAL: 1 minute** | **PRETRIAL:** | |
| | | | **COURTROOM:** | 4D |

**PROCEEDINGS: ARRAIGNMENT (SUPERSEDING INDICTMENT)**

Case called.
Court accepts and endorses defendant’s waiver of presence at arraignment and plea of not guilty.
Criminal Scheduling Order to enter.